IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

AIS: 199528

Sharoderick Anton Smith )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
v. )
 )
D.C. Officer Aaron 43031 )
Lee County Jail )
LT Welch, LT Robinson, )
Major Tolbert, Sgt. Threat )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

2006 SEP 18 A 11: 04

CIVIL ACTION NO. 3:06-CV-834-WKW
(To be supplied by the Clerk of the
 U.S. District Court)

I. PREVIOUS LAWSUITS

　　A.　Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

　　B.　Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

　　C.　If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

　　　　1.　Parties to this previous lawsuit:
　　　　　　Plaintiff(s) _____
　　　　　　_____
　　　　　　Defendant(s) _____
　　　　　　_____

　　　　2.　Court (if federal court, name the district; if state court, name the county)
　　　　　　_____
　　　　　　_____

　　　　3.　Docket No. _____

　　　　4.　Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County Detention Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Officer Aaron 43D31 | P.O. Box 2407 Opelika Al 36803 |
| 2. Major Tolbert | P.O. Box 2407 Opelika Al 36803 |
| 3. LT Welch | P.O. Box 2407, Opelika Al 36803 |
| 4. LT Robinson | P.O. Box 2407 Opelika Al 36803 |
| 5. Sgt. Threat | P.O. Box 2407 Opelika Al 36803 |
| 6. D.C. Officer Aaron | P.O. Box 2407 Opelika Al 36803 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED August 10 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Assault

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). On August 10 between 7am - 8am I was asleep when I was awaken by some loud talking. I stated "hold the noise down" I heard someone say who the hell is that. I feel a hand grab my shoulder and as he pulled me over I said get your hands off me. Thats when I realized it was officer Aaron 43D31

-2-

GROUND TWO: Assault

SUPPORTING FACTS: While Officer Aaron 43D31 was taking me to lock-up from D-3 Officer Aaron 43D31 was walking behind me trying to get me to stop talking when I wouldn't stop he pushed me and I feel down. On August 10 between 7am - 8am

GROUND THREE: Cruel and unusual Punishment

SUPPORTING FACTS: On August 10 between 7am - 8am I was placed in lock down (E-6) where the cell is very nasty, unsanitized, lack of attention, 15 minutes out the cell to take a shower, Bugs in shower area, shower is nasty, laundry every few days, etc. No phone call to ~~_____~~ Attorney

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
Immunity, $500,000 for Pain and Suffering. I would like Major Tolbert, LT. Welch, LT. Robinson, Sgt. Threat, D.C. Officer Aaron all to be fired.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Aug 21 2006
                  (date)

_____
Signature of plaintiff(s)

-3-

# Lee County Detention Center
# INMATE REQUEST SLIP

AIS 199528

LOCATION: E-6

Name: Sharaderick Anton Smith   Date: Aug 10 2006

☐ Telephone Call   ☐ Doctor   ☐ Dentist   ☐ Time Sheet
☐ Special Visit   ☐ Personal Problem   ☐ Other

**Briefly Outline Your Request. Give To Jailer**

I would like to press charges against the Lee County Jail and Officer Aaron. I was assaulted by Mr. Aaron on Aug 9 2006.

**Do Not Write Below This Line - For Reply Only**

I watched you fall by yourself in the hallway, you didn't think no one was watching you fake your accident and threaten to sue Officer Aaron.
Lt. Culver
8-10-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant   ☐ Chief Deputy   ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION: E-1c

Name: Sharcderick Antor Smith    Date: Aug. 10 2006

- [✓] Telephone Call
- [ ] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [ ] Other

**Briefly Outline Your Request. Give To Jailer**

I would like to make a phone call to my lawyer and tell her my situation.

**Do Not Write Below This Line - For Reply Only**

You can make a call when you come out of lockdown

S.A. C Welch
8-10-06

Approved _____ Denied ✓ _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

(1 of 4)

Incident Report

On August 10 2006, I Sharoderick Anton Smith (AIS 199528) Awoke to an inmate talking loud to an unknown voice. That inmate name who voice I recongnized was Carl Bryant. I stated to the specific voice "hold the noise down", and afterword I heard another voice say who the hell is that which happen to be D.C. Officer "43D31" Aaron. He stated "who the hell is that" At the same time I can here his foot steps coming toward me and I felt his hand upon my sholder pulling me over. (I was sleeping with my back to him.) He stated to me "who the fuck do you think you are, you don't tell me what the fuck to do." I sat up in the bed because I didn't want him to hit me because he was scaring me, I then stated to officer Aaron "43D31," "you don't have any kids in this cell, we all are grown men and you can talk to me better then that". He went on say he's going to write me up for 14.2 B-2 in the inmates handbook which is profanity or Derogatory Remarks toward staff. An then he told me he was going to lock me down

12 of 4

so pack my things he will be back. He came back ~~[scribbled]~~ with an officer (Name Unknown) and they were escorting me to lock down. They stop at a closet where they were to search my things and take everything I didn't need. As they where doing that, I saw that they where being disrespectful how they were handling things like pictures, books, clothes, etc. I told them how I was feeling about the whole situation and the officer that was serching my things (Name Unknown) stated that "I need to shut the fuck up because I was starting to get on his nerves. Officer Aaron 43D31 walked up in my face and mumbled "Shut your fucking mouth, you just like your brother thats why ya'll stay in jail. I told him that I was nothing like my brother, to leave my brother name out of this and he kept on and on talking about how we will never stop coming to jail. When they gave me what I could have, I picked my things up and as we walked down E-wing I can hear them mumbling things like, he was seeking the max for my stay in lock down and that I'll do everyday.

(3 of 4)

I told him I haven't did anything that this was wrong and I didn't deserve it. Officer Aaron 34D31 told me to shut up and I said you can't make me shut up and thats when he pushed me and I feel faward sliding face first in the middle of the hall. I called for help and after I layed there Sgt. Threat came down the hall and the first thing he stated was we saw you fake your fall that they were all watching. I sent request forms and this same 4 page letter to the LT. and the Major. They never gave me a responce. I then wrote Judge Denson and had my girlfriend to go and tell him my situation and he told her he would talk with me. I never heard from him. I stayed in lockdown (E-6) From August 10 2006 to August 21 2006. I still haven't heard from anyone about this situation this is why I'm writing The United States District Court for the middle District of Alabama cause I want to take Civil Actions.

(4 of 4)

I went to disciplinary court and at the disciplinary court I don't think that it was fair. There are 6 of 6 pages on what happen at the disciplinary hearing. The D.C. Officer Aaron 43D31 admitted putting his hands on me. He denied that I used profanity in the dorm. He lied about me disrupting head count.

I declare under the penalty of perjury that the above information is true and correct.

Sharodrich Anter Smith
AIS# 179528
OCA # 16866

# Disciplinary Hearing

(1 of 6)

My names is Sharoderick Anton Smith AIS 199528, OCA #116866. I was placed in lockdown (E-6) on August 10 2006 for 14.2 B-14 "Interfering with lockdowns or counts", and 14.2 B-2 profanity or derogatory remarks toward staff. I recieved notification on these charges August 10 2006 at 1730 hrs. Inside the inmate handbook it states that (15.2 D) you will be given 24 hour notice of the time set for the disciplinary hearing. However, you may waive this notice period and proceed directly to a hearing on an "as soon as possible" basis or you may waive your hearing entirely. I Sharoderick Anton Smith requested a hearing on an inmate request slip after being served a Lee County Sheriff's Department Notification of charges (Form #29) by Cpl. Cobb 43021. I Sharoderick Anton Smith observed the Form #29 and close to the bottom it states," You have the option of requesting a disciplinary hearing for the above charge(s) or accepting disciplinary action without a hearing. Should you desire a disciplinary hearing, you must request the hearing in writing on the inmate

(2 of 6)

request form attached to this notification within eight (8) hours after recieving this notification. On Aug. 10, 06 when I recieved the form #29, I wrote a request for a hearing and gave it to Cpl. Cobb 43D21 hoping that I would get a hearing but I got no response.

15.2 E-4 States You may be asked during the testimony of any witness whose testimony must be given in confidence. If you are asked to leave, the ~~witness~~ reason will be written on the Disciplinary Hearing Report. When the ~~witness~~ witness came I was asked to leave while the witness gave his testimony, but I dont see on the disciplinary report where it state the reason that I was asked to leave.

15.2 E-5 Each side has the right to make an oral or written statement, to present any letter or documents introduced as evidence, unless security, order, or the safety of a person is threatened. I Sharoderick Anton Smith brought with me to the disciplinary hearing my inmate handbook rules and regulation,

(3 of 6)

Inside my handbook was a statement but due to Sgt. Threat it was irrelevent and I couldn't use it to defend myself. 16.1 If you break any rules in this handbook, you may be placed on disciplinary status. Which means you will only be giving the following unless you abuse them or security is threatened: (A) One hour per 24 hours out of your cell for shower and exercise. (B) Telephone call to Attorneys or clergy. (C) Visitation. (Only if your lockdown is administrative) (D) Mail. (E) Adequate food, light, ventilation, temperature, sanitation, and medical care. (E) Proper clothing, bed, bedding, use of toilet, sinks, shower. I Sharoderick Anton Smith have been here in Lockdown (E-6) since Aug. 10 2006. I have not been giving a phone call and I haven't been able to contact my lawyer after sending a request slip to the LT. Welch about a phone call and he said that I can't get a phone call until I come out of lockdown. I was told by several D.C. Officer that my lockdown was and still administrative. I only come out for 15 minutes and that is to take a shower.

(4 of 6)

Then I am placed back in my cell. If we were to get sick we don't have no way of contacting an officer if there is an emergency while here in E-6). At my disciplinary hearing, it was conducted by Sgt. Jones, Sgt Threat and D.C. Officer Stroggins. They listen to both sides then I was asked to leave. I saw the witness go in and between 10 and 15 minutes later they called me back in. I was told that I was found not guilty on the charges of 14.2 B-2 Profanity or Derogatory remarks toward a staff. As you can see under or beside Committee Finding and Reason: It states Due to officer statement that he was being written up under one incident but the officer wrote up another incident. On the Second charge of 14.2 B-14 "Interfering with Lockdown or Counts" Committee Findings and Reason: Due to officer statement and inmates statement also inmates witness support officers accusation they found me Guilty.

On the morning of August 10 2006 I was awaken by loud talking and "I stated hold the noise down". Officer Aaron grabbed me and asked "what the hell did you say" I stated your not to put your hands on me so he started using profanity and I sat up and he said he's going to write me up for using profanity that he was going to move me to D-4. On the (form #29) Officer Aaron state that "J-3 Smith became verbally loud with OFC. Aaron while OFC. Aaron was trying to conduct head count. What I don't understand is that on the statement he made it states "J-3 Smith questioned by OFC Aaron about a remark he made during roll call." I was found not Guilty, of 14.2 B-2 Profanity or Derogatory remarks or Gestures toward Staff. Officer Aaron stated that I made a remark durning role call. Office Aaron was not counting when I asked the inmates to hold the noise down but he wrote me up for 14.2 B-14 Interfering with Lockdowns or Counts

And the committee still found me guilty. I don't think that my disciplinary hearing was fair even though I was found not guilty of one of my charges but I did not violate any rule to have to be placed in (E-6) Lock down. Officer Aaron 43D31 is a cruel D.C. officer. I have a (1983 Form) and I am going to take civil action against officer Aaron and The Lee County detention Center for: 2 counts of Assault, Cruel and Unusual Punishment, Harassment, Discrimination, Defamation of character. Officer Aaron also admitted grabbing me while I was in bed.

I declare under the penalty of perjury that the above information is true and correct

Chaverlerick Anton Smith
AIS 199528
OCA # 16866

# LEE COUNTY SHERIFF'S DEPARTMENT
## NOTIFICATION OF CHARGES
(Form #29)

OCA# _____

TO: SMITH, SHARODERICK 168606   DATE: 8/10/2006

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:

14.2   B-14  "INTERFERING WITH LOCKDOWNS OR COUNTS"

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

OFC. AARON 43031

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

J-3 SMITH BECAME VERBALLY LOUD WITH OFC. AARON WHILE OFC AARON WAS TRYING TO CONDUCT HEADCOUNT.

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

10 DAYS LOCKDOWN, LOSS OF ALL PRIVILEGES EXCEPT FOR CLERGY, MEDIA + ATTORNEY

YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.

8/10/06  1730 hrs                    OFC. AARON 43031
DATE & TIME OF NOTIFICATION          OFFICER MAKING REPORT

(margin annotation: Not Guilty)

LEE COUNTY SHERIFF'S DEPARTMENT
NOTIFICATION OF CHARGES
(Form #29)

TO: SMITH, SHARODERICK, OCA# 116866    DATE: 8/10/2006

YOU ARE HEREBY NOTIFIED THAT IT IS ALLEGED THAT YOU HAVE COMMITTED THE FOLLOWING RULE VIOLATIONS:

14.2 B-2 "PROFANITY OR DEROGATORY REMARKS OR GESTURES TOWARDS STAFF"

YOU HAVE BEEN CHARGED WITH THESE RULE VIOLATIONS BY OFFICER(S):

OFC. AARON 43D31

THE FACTS ON WHICH THESE CHARGES ARE BASED ARE:

J-3 SMITH USED PROFANITY TOWARDS OFC AARON WHILE OFC. AARON WAS CONDUCTING HEADCOUNT, AFTER OFC AARON QUESTIONED J-3 SMITH ABOUT A REMARK HE MADE DURING ROLL CALL.

THE MAXIMUM PENALTY FOR THE VIOLATION(S) IS:

10 DAYS LOCKDOWN, LOSS OF ALL PRIVILEGES EXCEPT FOR CLERGY, MEDIA, + ATTORNEY

YOU HAVE THE OPTION OF REQUESTING A DISCIPLINARY HEARING FOR THE ABOVE CHARGE(S) OR ACCEPTING DISCIPLINARY ACTION WITHOUT A HEARING. SHOULD YOU DESIRE A DISCIPLINARY HEARING, YOU MUST REQUEST THE HEARING IN WRITING ON THE INMATE REQUEST FORM ATTACHED TO THIS NOTIFICATION WITHIN EIGHT (8) HOURS AFTER RECEIVING THIS NOTIFICATION.

8/10/06 1730hrs    OFC. AARON 43D31
DATE & TIME OF NOTIFICATION    OFFICER MAKING REPORT

[handwritten in margin: NOT GUILTY]

**Copy**

LEE COUNTY DETENTION CENTER
DISCIPLINARY REPORT
(Form #23)

Inmate SMITH, PHARODERICK ANTON Custody MAXIMUM Number 168606
Assignment E-LIVING CELLBLOCK E-6 is being charged by OFC. AARON 43031
With rule violation 14.2 B-2 "PROFANITY OR DEROGATORY REMARKS TO STAFF"
on or about 8/10/ ~~199~~ 2006 Time 0745 (a.m)/p.m. Location LCDC
Circumstances are as follows: J-3 SMITH USED PROFANITY TOWARDS OFC AARON WHILE OFC AARON WAS CONDUCTING HEADCOUNT. AFTER OFC AARON QUESTIONED J-3 SMITH ABOUT A REMARK MADE DURING ROLL CALL.

MAJOR  X
MINOR  ___
SERIOUS ___

_____ OFC 43031
Signature of Arresting Officer

Notifying Officer: Cpl A. Cobb 43021
Time & Date notified: 8/10/06 1730hrs
Inmate's Signature: Pharoderick Smith  Witnesses desired: NO ___  If YES (List) Harell, Tyrone; Thomas, Henry; Williams, Brett; Avery, Elaine

Circumstances Investigated By: _____
Hearing date _____ Time _____ Plea ( ) Guilty (X) Not Guilty
If guilty, inmate must affix signature _____

Committee Findings & Reasons: "Not guilty" Due to officer's statement that he was being written up under one incident but the officer wrote up another incident

Committee Recomendations: N/C Sanctions

Witnesses: _____

_____
Signature of Chairman
James ___
Signature, Member
_____
Signature, Member

Copy delivered to inmate: Date _____ Time _____ Inmate's Signature _____
Action - Date _____
Approved _____     Appeal - Date (attach copy) _____
Disapproved _____  Approved _____
Other (Specify) _____  Denied _____
                       Other (Specify) _____