IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARODERICK ANTON SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00834-WKW-VPM |
| | ) |
| LEON AARON, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Major Cary Torbert, Jr.[1], Lieutenant Corey Welch, Lieutenant Ray Roberson[2], Sergeant Tommy Threat, and Officer Leon Aaron, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 28 days in which to file their Special Report and Answer which are currently due October 30, 2006, and November 6, 2006, respectively. As grounds for this Motion, the Defendants state as follows:

1. On September 20, 2006, this Court ordered the Defendants to file their Special Report within 40 days of the date of that Order, which would be October 30, 2006. On September 20, 2006, the Defendants were served with the Plaintiff's Complaint, making their Answers due on November 6, 2006.

2. Defense counsel is in need of additional time to thoroughly review all the potentially relevant documentation obtained from the Defendants in order to provide the Court with a meaningful Special Report.

3. The Defendants have not previously requested an extension of time to file their Special Report and Answer.

---

[1] Incorrectly designated in the Plaintiff's Complaint as "Major Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as "Lt Robinson."

4.    The Plaintiff will not be prejudiced by this extension.

WHEREFORE Defendants Major Cary Torbert, Jr., Lieutenant Corey Welch, Lieutenant Ray Roberson, Sergeant Tommy Threat, and Officer Leon Aaron request this Court to grant them an extension of time to file their Special Report and Answer on or before November 27, 2006.

Respectfully submitted this 25th day of October, 2006.

> **s/Amanda Kay Morgan**
> AMANDA KAY MORGAN (ALL079)
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  amorgan@webbeley.com

### CERTIFICATE OF SERVICE

I hereby certify that on this the **25th** day of **October, 2006**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Sharoderick Anton Smith
> 199528
> Lee County Detention Center
> P.O. Box 2407
> Opelika, AL 36803-2407

> **s/Amanda Kay Morgan**
> OF COUNSEL