IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHARODERICK ANTON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06-CV-834-WKW |
| | ) | |
| OFFICER AARON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the defendants on

October 25, 2006 (Court Doc. No. 6), and for good cause shown, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the defendants be GRANTED an extension from October 30, 2006

to and including November 27, 2006 to file their special report and answer.

Done this 25th day of October, 2006.


_____/s/ VANZETTA PENN McPHERSON_____
VANZETTA PENN McPHERSON
UNITED STATES MAGISTRATE JUDGE