# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| SHARODERICK ANTON SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 3:06-cv-00834-WKW-VPM |
| | ) |
| LEON AARON, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Major Cary Torbert, Jr.,[1] Lieutenant Corey Welch, Lieutenant Ray Roberson,[2] Sergeant Tommy Threat, and Officer Leon Aaron, Defendants in the above-styled cause, and move this Court to grant them an extension of time of seven (7) days in which to file their Special Report and Answer which are currently due on November 27, 2006. As grounds for this Motion, the Defendants state as follows:

1. Defense counsel is in need of additional time to obtain and review additional documents from the Defendants in order to provide the Court with a meaningful Special Report.

2. The Plaintiff will not be prejudiced by this seven-day extension.

WHEREFORE, Defendants Major Cary Torbert, Jr., Lieutenant Corey Welch, Lieutenant Ray Roberson, Sergeant Tommy Threat, and Officer Leon Aaron request this Court to grant them a seven-day extension of time in which to file their Special Report and Answer.

---

[1] Incorrectly designated in the Plaintiff's Complaint as "Major Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as "Lt Robinson."

1

Respectfully submitted this the 20th day of November, 2006.

> **s/Amanda Kay Morgan**
> AMANDA KAY MORGAN (ALL079)
> Attorney for Defendants Torbert, Welch,
> Roberson, Threat, and Aaron
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **20th** day of **November, 2006**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Sharoderick Anton Smith, #199528
> Lee County Detention Center
> P. O. Box 2407
> Opelika, AL  36803-2407

> **s/Amanda Kay Morgan**
> OF COUNSEL