IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SHARODERICK ANTON SMITH,              )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )        CASE NO. 3:06-CV-834-WKW
                                      )         (WO)
OFFICER AARON, et al.,                )
                                      )
        Defendants.                   )

## ORDER

On November 1, 2006, the Magistrate Judge filed a Recommendation (Doc. # 8) in this case that the claims against the Lee County Detention Center be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).  No objections have been filed.  After an independent review of the record, it ORDERED that:

1.    The Recommendation of the Magistrate Judge (Doc. # 8) is ADOPTED;

2.    The claims against the Lee County Detention Center are DISMISSED with prejudice;

3.    Lee County Detention Center is DISMISSED as a defendant in this case; and

4.    This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 21st day of November, 2006.

          /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE