IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHARODERICK ANTON SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00834-WKW-VPM |
| | ) |
| LEON AARON, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Major Cary Torbert, Jr.[1], Lieutenant Ray Roberson[2], Lieutenant Corey Welch, Sergeant Tommy Threat, and Officer Leon Aaron, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Major Cary Torbert, Jr., Lieutenant Ray Roberson, Lieutenant Corey Welch, Sergeant Tommy Threat, and Officer Leon Aaron contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Major Cary Torbert, Jr., Lieutenant Ray Roberson, Lieutenant Corey Welch, Sergeant Tommy Threat, and Officer Leon Aaron.

---

[1] Incorrectly designated in the Plaintiff's Complaint as "Major Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as "Lt Robinson."

Respectfully submitted this 3rd day of January, 2007.

        **s/Amanda Kay Morgan**
        AMANDA KAY MORGAN Bar No. ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Sharoderick Anton Smith
        199528
        Lee County Detention Center
        P.O. Box 2407
        Opelika, AL 36803-2407

        **s/Amanda Kay Morgan**
        OF COUNSEL