**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **SHARODERICK ANTON SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  3:06-cv-00834-WKW-VPM** |
| | ) |
| **LEON AARON, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Major Cary Torbert, Jr.[1], Lieutenant Ray Roberson[2], Lieutenant Corey Welch, Sergeant Tommy Threat, and Officer Leon Aaron, the Defendants in the above-captioned matter.

Respectfully submitted this 3rd day of January, 2007.

**s/Ashley Hawkins Freeman**
ASHLEY HAWKINS FREEMAN Bar No.  FRE044
Attorneys for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  afreeman@webbeley.com

---

[1] Incorrectly designated in the Plaintiff's Complaint as "Major Tolbert."
[2] Incorrectly designated in the Plaintiff's Complaint as "Lt Robinson."

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Sharoderick Anton Smith
> 199528
> Lee County Detention Center
> P.O. Box 2407
> Opelika, AL 36803-2407

> **s/Ashley Hawkins Freeman**
> OF COUNSEL