Sharoderick Anton Smith

    Plaintiff,

V.

    Civil Action No.
    3:06-CV-834-WKW
    (WO)

Officer Arron, et al.,

    Defendants

    I would like to bring to the attention of the court that I object the recommendation of the court.

    The reason is because here many inmates try going up the chain of command and there is no responce. In my case it started out with the Sargeant on the shift which was Tommy Threat. After the incident, the sargeant immediatly came to me and said that he saw me take my fall. I asked for request slips and wrote them to the Leutinant and they immediatly came back the same day which we don't normally get is a responce from a request slip so soon. Since it concerned

an officer assulting an inmate the C.O's Bame together to dismiss the incident. I then wrote a request slip to the major Eary Torbert and I didn't get a responce from him. After I didn't get a responce I wrote a letter to Jay Jones, and after he didn't respond I Gave my Girlfriend a letter on the yard (Visitation Yard) to give him and I also wrote him a letter. My girlfriend went to talk with the Judge which was John V. Denson II He told her that he would have a talk with me he never did. Thats why I filled out the "1983 form".

Going up the chain of command here at Lee County Detention Center is a Defence they use against situations like this. Here at the Detention Center an inmate request slip Never get where its going and if it does there is no responce. I've been in disciplinary court twice here and I've appealed both times. Never was I denied or Granted a appeal.

In this case I ask that the disciplinary that was written against me for disrupting the count be lifted of my record because it doesn't show that I disrupted the count. Officer said I disrupted the count by saying hold the fucking noise down. I was found not guilty for that. I sent the proof along with the 1983 form of my innocence.

Done this 23 day of January 2007

Sharoderick Anton Smith

Sharoderick Anton Smith
Lee County Detention Center
P.O. Box 2407
Opelika Al 36801

36101+0711

MONTGOMERY AL 361
24 JAN 2007 PM 2 L

Wallace Capel
Office of the Clerk
United States District Court
P.O. Box 711
Montgomery Al 36101-0711