IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHARODERICK ANTON SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-834-WKW |
| | ) | [wo] |
| | ) | |
| OFFICER AARON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 23) in this case to which no timely objections have been filed. Upon an independent review of the file, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED;

2. The defendants' motion for summary judgment (Docs. # 12 & # 21) is GRANTED to the extent that the defendants seek dismissal of this case for Smith's failure to exhaust available administrative remedies; and

3. This case is DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to exhaust available administrative remedies.

An appropriate judgment will be entered.

Done this 1st day of June, 2007.

                                                     /s/ W. Keith Watkins
                                                 UNITED STATES DISTRICT JUDGE